# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE IRVINE COMPANY, LLC; THE RESORT AT PELICAN HILL, LLC; DOES 1 to 10, inclusive,,<br><br>Defendants. | Case No.: CV11-cv-10770 CAS (FMOx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>**JS-6**<br><br>Assigned to Judge Christina A. Snyder |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety without prejudice. Pursuant to California Rules of Court Rule 3.770(a), no consideration was paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for dismissing this action without prejudice.

**IT IS SO ORDERED.**

DATED:   June 25, 2012       By: _____
HONORABLE CHRISTINA A. SNYDER
United States District Court Judge